# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-1344            September Term, 2015

NLRB-19CC082533
NLRB-19CC082744
NLRB-19CC087504
NLRB-19CD082461
NLRB-19CD087505

Filed On: March 23, 2016

International Longshore & Warehouse Union, et al.,

      Petitioners

   v.

National Labor Relations Board,

      Respondent

------------------------------

ICTSI Oregon, Inc.,
      Intervenor

------------------------------

Consolidated with 15-1428

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule set forth in the court's order filed February 18, 2016, be suspended pending further order of the court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:   /s/
                               Lynda M. Flippin
                               Deputy Clerk